(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
### WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Steven Brooks                                    Docket No. 00-00161-002

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Steven Brooks, who was placed on supervision by the Honorable William L. Standish, sitting in the Court at Pittsburgh, Pennsylvania, on the 16th day of January 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $300 special assessment.
- The defendant shall pay restitution to Comcast and Joseph Kocott in the amount of $21,067 and $15,840, respectively, at a rate of not less than 10 percent of his gross monthly income. He is jointly and severally responsible for the amount with his codefendant, Edward Tate.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

01-16-02:   Conspiracy to Commit Interstate Transportation of Stolen Property and Interstate Transportation of Stolen Property (two counts); 18 months' imprisonment, followed by 3 years' supervised release.

07-10-03:   Supervision commenced; Currently supervised in the District of Maryland.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has paid a total of $1,250 towards restitution. The current balance is $35,657. The defendant understands that the outstanding balance remains his obligation. In light of the upcoming maximum case expiration date of July 9, 2006, it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00161-002 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered this 26 day of June, 2006, and ordered filed and made a part of the records in the above case.<br><br>_William L. Standish_<br>Senior U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on   June 22, 2006<br><br>_Romona Clark_<br>U.S. Probation Officer<br><br>_Paul J. Dippolito_<br>Supervising U.S. Probation Officer<br><br>Place:   Pittsburgh, Pennsylvania |